EVA HENKIN, Respondent, v. CITY OF NEW YORK, Appellant.— Wenzel, Acting P. J., Murphy and Ughetta, JJ., concur; Schmidt and Beldock, JJ., dissent and vote to affirm, on the ground that a question of fact was presented for determination by the jury.

MINA HODAS, Respondent, v. LOUIS HODAS, Appellant.— Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ., concur.

In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to the Real Property Bounded by Midtown Highway and Other Streets in the Borough of · Queens. GULF OIL CORPORATION, Appellant; BERTHA M. CARROLL, Respondent.— No opinion. Present— Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.